## MATTER OF MILITARY PARADE GROUND.

*New York city — Proceedings to acquire land for parade ground — discontinuance of.*

The commissioners of public parks of the city of New York are authorized by Laws 1871, chap. 628, to acquire land for a parade ground by proceedings similar to those prescribed by Laws 1867, chap. 697, § 6, in relation to public squares and streets in New York. The commissioners took proceedings and selected the land, and commissioners of estimate were appointed, but before they made their report, and before the title of the owners of such land was vested, discontinued proceedings. *Held,* that the commissioners, in respect to such proceedings, having had conferred upon them all the powers of the mayor, aldermen, etc., of New York (Laws 1871, chap. 290, § 11), had power to discontinue the proceedings. Laws 1839, chap. 209, § 7.

APPEAL by William H. Potter and others, property owners, whose lands were embraced in the area chosen for a military parade ground under the provisions of Laws 1871, chap. 628, from an order at special term denying a motion for an order to direct the department

of public parks of the city of New York to complete proceedings to acquire title to such lands.

*William R. Martin* and *D. P. Ingraham,* for appellants.

*George P. Andrews,* for respondents.

DANIELS, J.

The only point passed upon in the opinion is sufficiently stated in the head-note. The point in controversy is entirely dependent upon special and local statutes, and is of no general interest.

*Order affirmed.*